**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOB SAVAGE, | No. CIV S-07-2624-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SUZAN HUBBARD, | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondent's request for an extension of time to file an opposition to petitioner's motion for summary adjudication.

Prior to petitioner filing his motion for summary adjudication, respondent filed a motion to dismiss which is pending before the court.  Respondent filed the motion to dismiss for petitioner's failure to exhaust his state remedies.  If respondent's motion is granted, petitioner's motion for summary adjudication will be moot.  Accordingly, respondent is relieved of her obligation to respond to petitioner's motion until her motion to dismiss is resolved.  If the motion

/ / /

/ / /

1

1   to dismiss is denied, the court will set a briefing schedule regarding the motion for summary

2   adjudication.

3               IT IS SO ORDERED.

4

5    DATED: December 9, 2008

6
                                        _____
7                                       **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26